# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2008

Clifford W. Taylor,
Chief Justice

136271

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

SC: 136271
COA: 273133
Wayne CC: 02-011791-01

RONALD PHILLIP BURBRIDGE,
     Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the March 4, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2008

_____
Clerk

l0716